IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ZANE COLTIN CHANDLER, Defendant. | CR 16-48-GF-BMM  ORDER TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
|---|---|

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 47) under Federal Rule of Criminal Procedure 48(a), and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in this case is **DISMISSED** without prejudice.

DATED this 22nd day of November, 2016.

Brian Morris
United States District Court Judge

1